UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:11-122-EBA

CHARLES RUSSELL HOCKER,                                                    PLAINTIFF,

V.                                              **JUDGMENT**


PIKEVILLE CITY POLICE DEPARTMENT
ET AL.,                                                                  DEFENDANTS.

\* \* \* \* \* \* \*

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) Judgment is **ENTERED** in favor of the Defendants on Counts I and VI of the Complaint [Record No. 1].

(2) All remaining claims are **DISMISSED WITHOUT PREJUDICE**.

(2) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(3) All issues having been resolved, this case is **STRICKEN** from the active docket.

Signed February 13, 2013.



Signed By:
Edward B. Atkins
United States Magistrate Judge